[No. 21893-3-II.    Division Two.    July 31, 1998.]

*In the Matter of the Marriage of* LARRY SCHIERMEISTER, *Appellant*, v. MARY SCHIERMEISTER-CAMPUZANO, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 96-3-02010-6, James D. Ladley, J., entered April 9, 1997. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, A.C.J., and Morgan, J.

[No. 21911-5-II.    Division Two.    July 31, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN DEMONT MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 97-1-00045-3, H. John Hall, J., entered April 14, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Seinfeld, J.

[Nos. 21992-1-II; 21993-0-II;   Division Two.   July 31, 1998.]
       21994-8-II.

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS B. SCHNEIDER, *Appellant.*

Appeals from judgments of the Superior Court for Pierce County, Nos. 93-1-04353-0, 93-1-00356-2, and 93-1-02438-1, Sergio Armijo, J., entered April 17, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 22079-2-II.    Division Two.    July 31, 1998.]

HARTFORD UNDERWRITERS INSURANCE COMPANY, *Respondent*, v. TOBIAS SIMONSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 96-2-01681-4, Roger A. Bennett, J., entered May 21, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, A.C.J., and Morgan, J.